UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-22232-CIV-LENARD/O'SULLIVAN

COOSEMANS MIAMI, INC.,

    Plaintiff,

vs.

STAR INTERNATIONAL FOOD, LLC,
OSCAR LUCERO, individually, MIREYA
MAGO, individually and MONICA MAGO,
individually.

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Motion for Temporary Restraining Order Without Notice (DE# 5, 7/1/13). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion for Temporary Restraining Order Without Notice (DE# 5, 7/1/13) is **DENIED without prejudice to renew**. The movant has not complied with Rule 65(b)(1)(B) of the Federal Rules of Civil Procedure which requires that "the movant's attorney [to] certif[y] in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B).

**DONE AND ORDERED** in Chambers at Miami, Florida this **1st** day of July, 2013.

                                       _____
                                       JOHN J. O'SULLIVAN
                                       UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record